United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK NATIONAL ASSOCIATION,

    Plaintiff,

  v.

KEITH VANN,

    Defendant.

                              /

No. C 12-05725 JSW

**SUA SPONTE ORDER OF REFERRAL AND ORDER VACATING CASE MANAGEMENT CONFERENCE**

Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY REFERS this matter to Judge Charles R. Breyer to determine whether it is related to *Wells Fargo Bank, N.A. v. Vann*, 12-cv-04023 CRB. The Court VACATES the case management conference set for Friday, February 8, 2013 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 28, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.

KEITH VANN et al,

    Defendant.

Case Number: CV12-05725 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Aaron Vann
35 Shadow Mountain
Oakland, CA 94605

Dated: January 28, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk