**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>   Plaintiff,<br><br>   v.<br><br>KEITH VANN,<br><br>   Defendant.<br>_____/ | No. C 12-05725 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |

   Pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY REFERS this matter to Judge Charles R. Breyer to determine whether it is related to *Wells Fargo Bank, N.A. v. Vann*, 12-cv-04023 CRB. The Court VACATES the case management conference set for Friday, February 8, 2013 at 1:30 p.m.

   **IT IS SO ORDERED.**

Dated: January 28, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEITH VANN et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV12-05725 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Keith Aaron Vann
35 Shadow Mountain
Oakland, CA 94605

Dated: January 28, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk